F I L E D
Clerk
District Court

MAR 26 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD LEE SANTOS,<br>a.k.a. ED SANTOS,<br>　　　　Defendant. | Case No.: **CR 08 - 00011**<br><br>**INDICTMENT**<br><br>Violations of 18 U.S.C. §§ 922(g)(1), (j) and 924(a)(2)<br><br>Felon in Possession of Firearms<br>(Count 1)<br>Possession of Stolen Firearms<br>(Count 2) |

The Grand Jury charges that:

## COUNT 1

(Felon in Possession of Firearms)

From on or about August 27, 2007, until and including on or about September 4, 2007, on Saipan, in the District of the Northern Mariana Islands, the defendant EDWARD LEE SANTOS, having been convicted on August 24, 2007, in the Superior Court of the Commonwealth of the Northern Mariana Islands of burglary, a crime punishable by imprisonment for a term exceeding one year, unlawfully, knowingly, and willfully possessed in and affecting interstate commerce a firearm, that is, a .223 caliber Bushmaster rifle, model XM15-E2S, serial number L297481; and a firearm, that is, a .22LR caliber Ruger rifle, model 10/22, serial number 251-59219, said firearms having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

/ /

/ /

/ /

## COUNT 2

(Possession of Stolen Firearms)

From on or about August 27, 2007, until and including on or about September 4, 2007, on Saipan, in the District of the Northern Mariana Islands, the defendant, EDWARD LEE SANTOS, knowingly did possess and conceal stolen firearms, that is, a .223 caliber Bushmaster rifle, model XM15-E2S, serial number L297481; and a .22LR caliber Ruger rifle, model 10/22, serial number 251-59219, which had been shipped or transported in interstate and foreign commerce, either before or after the firearms were stolen, knowing and having reasonable cause to believe that the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

DATED this 26th day of March, 2008

A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
BEVERLY R. McCALLUM
Assistant United States Attorney