# United States District Court

DISTRICT OF __the Northern Mariana Islands__

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**EDWARD LEE SANTOS,**
**a.k.a. Ed Santos,**

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00011

FILED
Clerk
District Court

MAR 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest __EDWARD LEE SANTOS a.k.a. Ed Santos__
                                                                                     Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

    **Felon in Possession of Firearms (Count 1)**
    **Possession of Stolen Firearms (Count 2)**

**RECEIVED**

MAR 26 2008

US MARSHALS SERVICE-CNMI

in violation of Title __18__, United States Code, Section(s) __922(g)(1) and 924(a)(2)__
in violation of Title __18__, United States Code, Section(s) __922(j) and 924(a)(2)__
and in violation of Title ____, United States Code, Section(s) _____

Bail fixed at $ __25,000__  by __/s/ Alex R. Munson__
                                                                                                       Name of Judicial Officer

**HONORABLE ALEX R. MUNSON**
Name of Issuing Officer

/s/ Alex R. Munson
Signature of Issuing officer

**UNITED STATES DISTRICT JUDGE**
Title of Issuing Officer

**SAIPAN, CNMI**
Date and Location

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _TEXAS RD Chalan Kanoa; Near "Big Boys Marine" office_ | |
| DATE RECEIVED 03-26-08 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert CIDUSM #3086 D/NMI |
| DATE OF ARREST 03-26-08 | SIGNATURE OF ARRESTING OFFICER [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____