# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-000011							March 27, 2008
								11:10 a.m.


### UNITED STATES OF AMERICA  -vs- EDWARD LEE SANTOS


PRESENT:	HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
		K. LYNN LEMIEUX, COURTROOM DEPUTY
		SANAE N. SHMULL, COURT REPORTER
		BEVERLY McCALLUM, ASSISTANT U.S. ATTORNEY
		EDWARD LEE SANTOS, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

	Assistant U.S. Attorney Beverly McCallum appeared on behalf of the Government. Defendant was present in court.  Also present were U.S. Probation Officer, Margarita Wonenburg and ATF  Special Agent, John Quintanilla.

	Defendant was examined as to his understanding of  his constitutional  rights, his right to trial and his understanding of the proceedings.  Court, after reviewing the financial affidavit, found the defendant to be indigent and ordered that counsel be appointed for him.

	Court ordered that the next CJA attorney be appointed for this case.

	Court set the arraignment hearing for  8:30 a.m. tomorrow morning.

	Government moved that the defendant be held on bail and that he have no contact with the minors that may have been involved in this case.  Court set "no bail" until further order of the Court.

	Court remanded the defendant back into the custody of the U.S. Marshal.

					Adjourned at 11:20 a.m.


					/s/K. Lynn Lemieux. Courtroom Deputy