# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************************

CR-08-00011                                                         March 28, 2008
                                                                    8:45 a.m.

### UNITED STATES OF AMERICA -vs- EDWARD LEE SANTOS

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
            LOREN SUTTON, COURT-APPOINTED ATTORNEY FOR DEFENDANT
            EDWARD LEE SANTOS, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT

   Defendant **EDWARD LEE VILLANUEVA SANTOS** appeared with court appointed counsel, Attorney Loren Sutton. Government was represented by Beverly McCallum, AUSA.

   Defense stated that they were ready to proceed with the Arraignment.

   Defendant was sworn and advised of his constitutional rights.

   Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **June 2, 2008 at 9:00 a.m.** Pretrial motions shall be filed by **April 11, 2008.**

   Government moved that the defendant be held without bail pending trial. Defense had no argument at this time. Court ordered the defendant held without bail, without prejudice.

   Defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

                                             Adj. 8:55 a.m.


                                             /s/K. Lynn Lemieux, Courtroom Deputy