LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
    Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD LEE SANTOS, ) <br> ) <br> Defendant. ) | Case No.: CR 08 - 00011 <br><br> **GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY** |

    The United States of America, by and through undersigned counsel, hereby gives notice to the defendant that, pursuant to Rule 16(a)(1)(G) Fed.R.Crim.P. and Rule 702 of the Federal Rules of Evidence, it intends to introduce expert testimony at trial from Fingerprint Examiner I Julie B. Paulino of the Guam Police Department. Based upon her review of case documents and training and experience in law enforcement and as a fingerprint examiner, Ms. Paulino is expected to provide testimony relating to the processing and analysis of fingerprint evidence in the instant case. This fingerprint evidence includes that related to defendant's arrest in the instant case; to the arrest on April 12, 2007, of an individual named Edward Lee Santos; and to the prints of an individual named Edward Lee Santos, whose fingerprints were

taken by the Department of Corrections, Saipan, Commonwealth of the Northern Mariana Islands. Ms. Paulino is expected to opine that the aforementioned fingerprints belong to the same individual.

Respectfully submitted this 5th day of May, 2008.

LEONARDO RAPADAS
United States Attorney
Districts of Guam and the Northern Mariana Islands


/s/ *Beverly R. McCallum*
BEVERLY R. McCALLUM
Assistant United States Attorney