LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
      Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08 - 00011 |
|         Plaintiff, | |
|   v. | **CERTIFICATE OF SERVICE** |
| EDWARD LEE SANTOS, | |
|         Defendant. | |

      I hereby certify that on May 5, 2008, I electronically filed the Government's Notice of Intent to Introduce Expert Testimony with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Loren A. Sutton, Esq., at lorensutton@hotmail.com.

                                                LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and the Northern Mariana Islands

                                                /s/ *Beverly R. McCallum*
                                                BEVERLY R. McCALLUM
                                                Assistant United States Attorney
                                                E-mail: beverly.mccallum@usdoj.gov