LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
     Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>EDWARD LEE SANTOS,<br><br>            Defendant. | Case No.: CR 08 - 00011<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on May 7, 2008, I electronically filed the parties' Plea Agreement with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Loren A. Sutton, Esq., at lorensutton@hotmail.com.

                                 LEONARDO M. RAPADAS
                                 United States Attorney
                                 Districts of Guam and the Northern Mariana Islands

                                 */s/ Beverly R. McCallum*
                                 BEVERLY R. McCALLUM
                                 Assistant United States Attorney
                                 E-mail: beverly.mccallum@usdoj.gov