# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00011                                                          May 14, 2008
                                                                     9:15 a.m.

### UNITED STATES OF AMERICA  -V- EDWARD LEE SANTOS

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
           LOREN SUTTON, ATTORNEY FOR DEFENDANT
           EDWARD LEE SANTOS, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Loren Sutton. Government was represented by Beverly McCallum, AUSA. Also present was Melinda Brunson, U.S. Probation Officer.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered that the **Sentencing hearing be set for Tuesday, August 26, 2008 at 9:00 a.m.** and that the presentence investigation report be due on July 22, 2008.

Court ordered that the defendant be remanded back into th e custody of the U.S. Marshal.

Adjourned at 9:50 a.m.

By _____/s/_____
K. Lynn Lemieux, Courtroom Deputy