```
Loren A. Sutton
Law Office of Loren A. Sutton
Summer Holiday Hotel, Ste 7101
P.O. Box 5593 CHRB
Saipan MP 96950
Ph: (670) 235 8065
Fax: (670) 235 8069
e-mail: lorensutton@hotmail.com

For Edward Lee Santos
```

F I L E D
Clerk
District Court

JUN 19 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDWARD LEE SANTOS ) <br> ) <br> Defendant ) <br> ) <br> _____) | Case No.: 08-00011 <br><br> MOTION TO FILE MOTION TO MODIFY BAIL, APPOINT A THIRD PARTY CUSTODIAN AND SET CONDITIONS OF RELEASE UNDER SEAL |

   COMES NOW, Loren A. Sutton, by and for Defendant Edward Lee Santos and respectfully moves this Court to allow the accompanying Motion to Modify Bail to be filed under seal.

   If not filed under seal the Defendant could be placed in jeopardy as a reading of the Motion to Modify Bail will clarify.

   Respectfully submitted on this 19th day of June 2008.

ant

_____
LOREN A. SUTTON (F0179)