UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

JUN 1 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD LEE SANTOS,<br><br>Defendant. | Criminal Action No. 08-00011<br><br>Motion to Modify Bail; Appoint Third Party Custodian; and, Set Conditions of Release<br><br>**UNDER SEAL** |

Beverly R. McCallum
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Loren A. Sutton
Attorney at Law
P.O. Box 5593
Saipan, MP 96952

The hearing of the Motions to Modify Bail; Appoint A Third Party Custodian; and,

To Set Conditions For Release for Edward Lee Santos are scheduled for Monday, June

23, 2008, at 8:30 a.m.

Further, the request to have these motions filed **Under Seal** is GRANTED.

IT IS SO ORDERED.

DATED this 19th day of June, 2008.

_____
Judge Alex R. Munson