```
                                                            FILED
                                                             Clerk
                                                         District Court
              UNITED STATES DISTRICT COURT
                       FOR THE                            JUL 21 2008
                NORTHERN MARIANA ISLANDS
                                                    For The Northern Mariana Islands
                                                    By_____
                                                           (Deputy Clerk)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 08-00011 |
| Plaintiff, | |
| v. | Order Continuing Sentencing |
| EDWARD LEE SANTOS, | |
| Defendant. | |

Beverly McCallum                    Loren Sutton
Assistant United States Attorney    Attorney at Law
P.O. Box 500377                     P.O. Box 5593
Saipan, MP 96950                    Saipan, MP 96950

Pursuant to the agreement of the parties and the Court, it is HEREBY ORDERED that the Sentencing presently scheduled for Tuesday, August 26, 2008, at 9:00 a.m., is continued to __Monday__, __September__ __15__, 2008, at __9:00 a.m.__

Dated this 21TH day of July, 2008.

_____
Chief Judge Alex R. Munson